**\*\* E-filed February 25, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGIA C. BROWN-KYES, | No. C10-05535 HRL |
| Plaintiff, | **ORDER GRANTING DEFENDANT MERS'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | **[Re: Docket No. 16]** |
| Defendants. | |

Having considered defendant Mortgage Electronic Registration Systems, Inc.'s counsel's request to appear by telephone at the motion hearing set for March 1, 2011 at 10:00 a.m., and good cause appearing, the Court grants the request. Counsel shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: February 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C10-05535 HRL Notice will be electronically mailed to:**

2  Stephanie Ann Chambers        sac@severson.com, lwd@severson.come

3  **Notice will be provided by other means to:**

4  Georgia C. Brown-Kyes
2144 Vizcaya Circle
5  Campbell, CA 95124

6  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

*United States District Court*
*For the Northern District of California*