UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGIA C. BROWN-KYES, | Case No.: 10-CV-05535-LHK |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | |
| Defendant. | |

On March 21, 2011, the Court adopted the Magistrate Judge's report and recommendation and dismissed Plaintiff's Complaint with leave to amend. The Court granted Plaintiff 21 days to amend the Complaint and stated that if she failed to timely file an amended complaint, the Court would dismiss the case with prejudice. Plaintiff's amended complaint was due on April 11, 2011. As of today, April 22, 2011, Plaintiff has not filed an amended complaint or taken any other action in the case. Accordingly, the Court hereby DISMISSES the instant action with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 22, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05535-LHK
ORDER DISMISSING CASE